Philip J. O'Hara, Jr., Respondent, v. Dixie Metal Products Company, Appellant.— Order denying motion to set aside service of summons and complaint affirmed, with ten dollars costs and disbursements. (*Cochran Box & Mfg. Co., Inc.*, v. *Monroe Binder B. Co.*, 197 App. Div. 221; affd., 232 N. Y. 503.) (See, also,

*International Harvester Co.* v. *Kentucky*, 234 U. S. 579.) Defendant may answer within ten days from service of a copy of the order herein. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.